IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          No.  2:00cr0080-DWA-001

       v.

RAMON LAMAR WHITLEY,

       Defendant

## **O R D E R**

       AND NOW, this ___ day of _____, 2008, pursuant to the within Motion for Leave of Court to Withdraw as Counsel, it is hereby ordered and decreed:

1.    The motion is granted; and

2.    Mark A. Sindler is hereby discharged as counsel of record in this matter.


       BY THE COURT:


       _____, J.