IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        No. 2:00cr0080-DWA-001

v.

RAMON LAMAR WHITLEY,

         Defendant

## ORDER

AND NOW, this 31st day of July, 2008, pursuant to the within Motion for Leave of Court to Withdraw as Counsel, it is hereby ordered and decreed:

1. The motion is granted; and

2. Mark A. Sindler is hereby discharged as counsel of record in this matter.

BY THE COURT:

*Donetta F. Ambrose*, J.